UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JONATHAN M. MULLEN,

       Plaintiff,

Case No. 1:18-cv-519

v.

Honorable Paul L. Maloney

UNKNOWN BRACHEL,

       Defendant.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: July 3, 2018            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge